LILLIAN E. HOFFSTAETTER, Respondent, *v.* CHARLES G. SCHINKEL et al., as Executors of ERNST HOFFSTAETTER, Deceased, Appellants.

*Hoffstaetter* v. *Schinkel*, 156 App. Div. 941, affirmed:
(Argued December 1, 1914; decided December 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1913, affirming a judgment in favor of plaintiff

entered upon a verdict in an action to recover upon a promissory note.

*Charles O. Maas* and *Thomas J. Kavanagh* for appellants.

*Louis H. Porter* and *William C. Dodge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Absent: WERNER, J.